IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CLINT LONG, INDIVIDUALLY, AND N/F OF C.L. | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, AND JOHNNY TUB, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, AND LYLE LACKEY | § § § § § § § | No. 5:21-cv-111 |
| Defendants. | § | |

## INDEX OF DOCUMENTS

A.   05/06/2021   Plaintiffs' Original Petition and Application for Temporary Restraining Order and Injunction