IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - LUBBOCK DIVISION

| | | |
|---|---|---|
| **CLINT LONG, INDIVIDUALLY, AND N/F OF C.L.**, *Plaintiff*, | § § § § | |
| v. | § § | |
| **JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, and JOHNNY TUB,** in his official capacity as **SUPERINTENDENT OF JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, and LYLE LACKEY,** *Defendants*. | § § § § § § § § § | No. 5:21-cv-111 |

## PLAINTIFFS' MOTION TO SET HEARING

COME NOW Clint Long and C.L. ("Plaintiffs" in the instant case) to request that the Court set a hearing on their Application for Temporary Restraining Order and Injunction at the earliest possible date.

Plaintiffs seek an order enjoining Jayton-Girard Independent School District ("JGISD") from enforcing their mask policy, which was devised and adopted in violation of the Texas Open Meetings Act. JGISD's enforcement of their mask policy has resulted in the exclusion of C.L. from in-person education. This exclusion is a violation of C.L.'s rights under the Texas Constitution. Additionally, the mask policy is a violation of Long's parental rights to determine his child's medical treatment. The substance of these violations is more fully set forth in Plaintiffs' State Petition [ECF Doc. 1-3].

## RELIEF REQUESTED

Plaintiffs respectfully pray that this Court will set their Application for Temporary Restraining Order and Injunction [ECF Doc. 1-3] for hearing, either by written submission or with oral argument, on the earliest available date, and upon hearing, issue whatever injunctive relief the Court finds warranted.

Plaintiffs also respectfully requests any and all other relief to which the Court finds them to be entitled.

Respectfully submitted,

By: /s/ Warren V. Norred
Warren V. Norred,
Texas Bar No. 24045094
wnorred@norredlaw.com
515 E. Border; Arlington, Texas 76010
P: 817-704-3984; F: 817-524-6686
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE** – I certify that a copy of the foregoing Motion was served on counsel for Defendants via the Court's ECF system on May 26, 2021.

/s/ Warren V. Norred
Warren V. Norred