UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLINT LONG, individually and as next friend of C.L.,

    Plaintiff,

v.

JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, et al.,

    Defendants.

No. 5:21-CV-111-H

## ORDER

Before the Court is defendants' Rule 12(b)(1) Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim. Dkt. No. 8. Plaintiff filed its First Amended Complaint on June 18, 2021. Dkt. No. 16. Because the motion challenges claims that have now been amended in plaintiff's first amended complaint, the Court concludes that it should be denied as moot.

So ordered on July 12, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE