IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CLINT LONG, Individually and N/F of C.L. | § § § | |
| Plaintiff, | § § | |
| v | § § | |
| JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, JOHNNY TUB, in His Official Capacity as Superintendent of JAYTON-GIRARD INDEPENDENT SCHOOL DISTRICT, and LYLE LACKEY, | § § § § § § § § | No. 5:21-cv-00111-H |
| Defendants. | § § | |

## JOINT REPORT REGARDING ONGOING NATURE OF THE CASE

TO THE HONORABLE JUDGE JAMES WESLEY HENDRIX:

Pursuant to the Court's Order [Doc. 24], Plaintiff Clint Long, Individually and N/F/ of C.L. ("Plaintiff") and Defendant Jayton-Girard Independent School District ("Defendant") (collectively, the "Parties") provide this report regarding the ongoing nature of the case. On September 3, 2021, the Court denied Plaintiff's claims for injunctive relief as moot but did not dismiss Plaintiff's claims for damages. [Doc. 23].

Plaintiff intends to pursue its claims for damages. The Parties have conducted a scheduling conference as directed by the Court. Defendant intends to file a reply to Plaintiff's Response to Defendant's Motion to Dismiss [Doc. 27] on or before October 4, 2021, as ordered by the Court. [Doc. 24]. The Parties further intend to file their Joint Report on or before October 7, 2021, as ordered by the Court. [Doc. 24].

Respectfully submitted,

Warren V. Norred
Texas Bar No. 24045094
wnorred@norredlaw.com
515 E. Border
Arlington, Texas 76010
(817) 704-3984; FAX (817) 524-6686

By: /s/_____
Warren V. Norred

**ATTORNEYS FOR PLAINTIFF**


UNDERWOOD LAW FIRM, P.C.
Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
500 S. Taylor, Suite 1200 LB 233
Amarillo, Texas
Tel: (806) 379-0347
Fax: (806) 242-0526

David P. Backus
State Bar No. 01493870
david.backus@uwlaw.com
P.O. Box 16197
Lubbock, Texas  79490
Tel: (806) 793-1711
Fax: (806) 793-1723

Brad R. Timms
State Bar No. 24088535
brad.timms@uwlaw.com
1008 Macon Street, Suite 101
Fort Worth, TX  76102
Tel: (817) 885-7529
Fax: (817) 439-9922

By: /s/ Slater C. Elza_____
Slater C. Elza

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties of record via the Court's Electronic Filing System on the 30th day of September, 2021.

>    */s/ Slater Elza*
>    Slater C. Elza